UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori A. Calhoun, | Civil 04-4398 PAM/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Jo Anne B. Barnhart,<br>Commissioner of Social Security, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 3, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment [#8] is DENIED; and

2. Defendant's motion for summary judgment [#11] is GRANTED.


DATED: March 10, 2006               s/ Paul A. Magnuson
at St. Paul, Minnesota                   JUDGE PAUL A. MAGNUSON
                                          United States District Court